United States District Court
Southern District of Texas
**ENTERED**
May 19, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| versus | § § | CIVIL ACTION:   B-08-CV-339 |
| 0.41 Acres of Land, More or Less, et al | § | |

CLERK'S ENTRY OF DEFAULT

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Two Brice children

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Civil Procedure 55.

David J. Bradley, Clerk of the District Court

Date: 5-19-17

By: Rita Nieto, Deputy Clerk